1  Tatyana Evgenievna Drevaleva

2  (in Russia) 11 Respublikanskaya Str., Apt. 20,
   Novosibirsk, The Russian Federation, 630084
3

4  (in the United States) 431 Alcazar Str., NE
   Albuquerque, NM, 87108
5

6  415-806-9864 cell

7  tdrevaleva@gmail.com

8  Pro Se   *Plaintiff*

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  *San Francisco*

12

13  Tatyana Evgenievna Drevaleva  )  Case Number: 3:16-cv-07414-LB
                                  )
14                                )
                                  )
15          Plaintiff,            )  Request to deliver a copy of the Summons of
                                  )  my Amended Complaint by the U.S. Marshals
16      vs.                       )  Service to defendants Ms. Catherine Daly,
                                  )  Ms. Joan Healy, and Mr. Eric Rood.
17   1) Alameda Health System     )
                                  )
18   2) Officials of Department of Industrial  )
        Relations, Division of Labor           )
19      Standards Enforcement:                 )
                                  )
20      a) Ms. Catherine Daly     )
        b) Ms. Joan Healy         )
21      c) Mr. Bobbit Santos      )
        d) Mr. Eric Rood          )
22                                )
                                  )
23          Defendant(s).         )
                                  )
24

25       I, Tatyana Drevaleva, request Honorable Judge Laurel Beeler's order to deliver a copy of

26  the Summons of my Amended Complaint to defendants Ms. Catherine Daly, Ms. Joan Healy and

27  Mr. Eric Rood.

28
   TITLE OF DOCUMENT: Request to deliver a copy of the Summons by the U.S. Marshals
   Service           CASE NO.: 3:16-cv-07414-LB

   PAGE NO.    OF   3

On June 20, 2017, I called the United States Marshals Service of Northern District of California on a publically stated phone number (415) 436-7677 and spoke to Supervisor Mr. Christian Hanson. I asked if a copy of the Summons of my Amended Complaint was delivered to defendants Mr. Bobit Santos, Ms. Catherine Daly, Ms. Joan Healy, and Mr. Eric Rood.

Mr. Hanson told me that the U.S. Marshals Service had initially tried to deliver a copy of the Summons of my Amended Complaint to all four defendants on May 17, 2017. The Department of Industrial Relations didn't accept the Summons and told the U.S. Marshals Service to come back later when legal services are there. The US Marshals made the second attempt to deliver a copy of the Summons on May 31st, 2017. On that day, only Mr. Santos was served in person with a copy of the Summons. The Department of Industrial Relations refused to provide the U.S. Marshals Service with any information that would assist the U.S. Marshals Service to serve defendants Ms. Daly, Ms. Healy and Mr. Rood. Therefore, the U.S. Marshals Service returned the request to the District Court as unexecuted. Ms. Hanson told me that I needed to make the second request to the Court to deliver a copy of the Summons to defendants Ms. Daly, Ms. Healy and Mr. Rood.

I am making a second request to the Court to order the U.S. Marshals Service to serve defendants Ms. Catherine Daly, Ms. Joan Healy, and Mr. Eric Rood with a copy of the Summons of my Amended Complaint. I am providing the Court with the addresses of these defendants:

1) Ms. Catherine Daly, Deputy Labor Commissioner

   Retaliation Unit

   455 Golden Gate Avenue 9th East

   San Francisco, CA 94102

   (415) 703-4841

   cdaly@dir.ca.gov

2) Ms. Joan Healy, RCI Regional Manager

   100 Paseo de San Antonio,

   Room 120

TITLE OF DOCUMENT: Request to deliver a copy of the Summons by the U.S. Marshals Service        CASE NO.: 3:16-cv-07414-LB

PAGE NO.     OF   3

      San Jose, CA 95113

      408-277-1303

      JHealy@dir.ca.gov

3)  Ms. Eric Rood, Assistant Chief

      Department of Industrial Relations

      Division of Labor Standards Enforcement

      2031 Howe Ave., Suite 100

      Sacramento, CA 95825

      (916) 263-2991.

    Please, notice that the Department of Industrial Relations actively opposed the attempts of the U.S. Marshals Service to deliver a copy of the Summons of my Amended Complaint to all four defendants.

    Enclosed is a Right to Sue Letter issued by the Department of General Services.

    Respectfully submitted,

Tatyana Drevaleva    /s/                                 June 20, 2017

TITLE OF DOCUMENT: Request to deliver a copy of the Summons by the U.S. Marshals Service     CASE NO.: 3:16-cv-07414-LB

PAGE NO.    OF   3