

Governor Edmund G. Brown Jr.

05/11/2017

Tatyana E Drevaleva
431 Alcazar Street, NE
Albuquerque, NM 87108

RE: Claim 17003453 for Tatyana E Drevaleva against Department of Industrial Relations (DIR)

Dear Tatyana Drevaleva,

Government Claims Program (GCP) staff completed its investigation of your claim and rejected it for the following reasons.

The claim involves complex issues that are beyond the scope of analysis and legal interpretation typically undertaken by the GCP. Claims involving complex issues are best determined by the courts. Therefore, staff did not make a determination regarding the merit of the claim, and it is being rejected so you can initiate court action if you choose to pursue this matter further.

Additionally, the GCP has no jurisdiction to consider claims presented more than one year after accrual of the cause of action, pursuant to Government Code section 911.2.

If you choose to pursue court action in this matter, it is not necessary or proper to include the GCP in your lawsuit unless the GCP was identified as a defendant in your original claim. Please consult Government Code section 955.4 regarding proper service of the summons.

If you have questions about this matter, please feel free to contact GCP by phone, mail, or email using the contact information below. Please remember to reference the assigned claim number (17003453) in your communication.

Sincerely,

*Kelli Miyata*

Kelli Miyata, Program Analyst
Government Claims Program
gcinfo@dgs.ca.gov

**WARNING:** Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Office of Risk and Insurance Management | State of California | Government Operations Agency
707 3rd Street, 1st Floor | West Sacramento, CA 95605 | t 800.955-0045 f 916.376-6387



Governor Edmund G. Brown Jr.

## DECLARATION OF SERVICE BY U.S. MAIL

Name of Claimant: Tatyana Drevaleva
GCP File no.: 17003453

I am employed by the Government Claims Program. I am 18 years of age or older. I am familiar with the business practice at the Government Claims Program for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Government Claims Program is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business. On 05/11/2017, I served the attached letter by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Government Claims Program, located at 707 Third Street, West Sacramento, CA 95605, addressed as follows:

Tatyana Drevaleva
431 Alcazar Street, NE
Albuquerque, NM 87108

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 05/11/2017, at West Sacramento, California.

*Kelli Miyata*
Kelli Miyata

**Office of Risk and Insurance Management** | *State of California* | *Government Operations Agency*
*707 3rd Street, 1st Floor | West Sacramento, CA 95605* | *t 800.955-0045 f 916.376-6387*